[No. 10503–5–I. Division One. December 20, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. ALICE
MARIE KEYES, *Respondent.*

Appeal from judgments of the Superior Court for Sno-
homish County, No. 78–1–00308–1, Robert C. Bibb, J.,
entered May 15 and June 24, 1981. *Affirmed* by unpub-

lished opinion per Andersen, C.J., concurred in by Swanson and Corbett, JJ.